# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY ALLEN BRUSHWOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-12-193-R |
| ) | |
| WARDEN ERIC FRANKLIN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered August 13, 2012. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 16] is ADOPTED in its entirety and the petition of Jeffery Allen Brushwood for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS SO ORDERED this 6th day of September, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE